UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD G. JONES, et al | CIVIL ACTION |
| VERSUS | NO: 08-1470 |
| LIBERTY BANK & TRUST COMPANY, et al | SECTION: "A" |

## JUDGMENT

For the written reasons of the Court issued June 30, 2008 and November 25, 2008, and filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Liberty Bank & Trust Company, Alden McDonald, John R. Ancar, Jr., Matthew Simms, Kelly D. Dixon, Connie McKinney, Regions Bank, Tracy Rutledge, Capital One, N.A., Darryl Chauvin, Patrick Bell, Clint L. Szubinski, KB Home/Shaw Louisiana, LLC, Louisiana Department of Economic Development, Louisiana Office of Community Development, Louisiana Recovery Authority, Louisiana Department of Labor, Louisiana Department of Environmental Quality, Louisiana Department of Social Services, and Charles C. Foti, Jr., and against plaintiffs, Donald G. Jones, Yur Construction Co., Inc. and New Millennium Village, Inc., dismissing plaintiffs' federal claims with prejudice, and dismissing plaintiffs' state claims without prejudice.

New Orleans, Louisiana, this 26th day of November 2008.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE